JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Presidential Candidate # P6000 5535

**(b)** County of Residence of First Listed Plaintiff: Prince George's
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ronald Satish Emrit
5108 Cornelias Prospect Dr, Bowie MD 20720

## DEFENDANTS
United States Patent and Trademark Office / SP, Virginia

County of Residence of First Listed Defendant: Virginia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: Attorney General Pam Bondi, 950 Pennsylvania Avenue NW Washington

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of Another State: [X] PTF 2

## IV. NATURE OF SUIT
[X] 830 Patent

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 35 U.S.C. § 101 and Diamond v. Chakrabarty

Brief description of cause: I am trying to obtain design patent / utility patent

## VII. REQUESTED IN COMPLAINT:
DEMAND $: 500,000,000.00
JURY DEMAND: [X] Yes

DATE: April 14th, 2025

SIGNATURE OF ATTORNEY OF RECORD: Ronald Satish Emrit (pro se)