UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Presidential Candidate Number P60005535
AKA Ronald Satish Emrit, Presidential Committee /
Political Action Committee / Separate Segregation Fund
Number C00569897, D/B/A United Emrits of America

Case No. 25-cv-140-LM-TSM

v.

United State Patent and Trademark Office, et al

ORDER

Plaintiffs filed a Notice of Appeal to the Eleventh Circuit (Doc. No. 5), which the court construes as an objection to the Report and Recommendation dated April 16, 2025. After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 16, 2025. For the reasons explained therein, this case is dismissed.

The clerk shall enter judgement and close this case accordingly.

_____
Landya B. McCafferty
Chief Judge

Date: May 19, 2025

cc:   Ronald Satish Emrit, pro se & on behalf of:
      Presidential Candidate Number P60005535
      Presidential Committee/Political Action Committee/
      Separate Segregated Fund Number C00569897
      United Emrits of America